# Penalty Sheet Attachment

# United States v. Santos Rene Soto and Santos Moises Soto III aka "Saints"

### Count 1: Conspiracy, 18 U.S.C. § 371

- Maximum Sentence: 5 years
- Maximum Fine: $250,000.00
- Maximum Length of Supervised Release: 3 years
- Special Assessment of $100 per felony count

### Count 2: Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349

- Maximum Sentence: 20 years
- Maximum Fine: $250,000.00 or twice the gross gain or loss
- Maximum Length of Supervised Release: 3 years
- Special Assessment of $100 per felony count

### Counts 3-5: Wire Fraud, 18 U.S.C. § 1343

- Maximum Sentence: 20 years
- Maximum Fine: $250,000.00 or twice the gross gain or loss
- Maximum Length of Supervised Release: 3 years
- Special Assessment of $100 per felony count

### Count 6: Bank Fraud, 18 U.S.C. § 1344(2)

- Maximum Sentence: 30 years
- Maximum Fine: $1 million
- Maximum Length of Supervised Release: 3 years
- Special Assessment of $100 per felony count

### Counts 7: False Statement on a Loan Application, 18 U.S.C. § 1014

- Maximum Sentence: 30 years
- Maximum Length of Supervised Release: 3 years
- Maximum Fine: $1 million
- Special Assessment of $100