UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** January 15, 2026 **Time:** 3 minutes 2:06 p.m. to 2:09 p.m. **Judge:** WILLIAM H. ORRICK

**Case No.**: 22-cr-00378-WHO **Case Name:** UNITED STATES v. Soto

**Attorney for Plaintiff:** Lloyd A. Farnham
**Attorneys for Defendants:** Karen McConnell for **Santos Rene Soto**
Daniel Blank for **Santos Moises Soto, III**
**Defendants:** [ X ] Present   [ ] Not Present
**Defendants' Custodial Status:** [ ] In Custody  [ X ] Not in Custody

**Deputy Clerk:** Jean Davis **Reported by:** Summer Fisher
**Interpreter:** n/a **Probation Officer:** n/a

## PROCEEDINGS

Parties appear for Status Conference. A possible agreed upon resolution is being discussed. Parties need additional time to finalize terms.

**CASE CONTINUED TO: March 12, 2026 at 1:30 p.m. for further Status Conference.**

**EXCLUDABLE DELAY:**
Category      Effective preparation of counsel
Begins         January 15, 2026
Ends           March 12, 2026