UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** April 16, 2026          **Time:** 8 minutes          **Judge:** WILLIAM H. ORRICK
1:35 p.m. to 1:43 p.m.

**Case No.:** 22-cr-00378-WHO-1          **Case Name:** UNITED STATES v. Soto

**Attorney for Plaintiff:**     Lloyd Farnham
**Attorney for Defendant:**     Edwin Prather for **Santos Rene Soto**
                                Daniel Blank for **Santos Moises Soto**
**Defendant:** [ X ] Present   [  ] Not Present
**Defendant's Custodial Status:** [  ] In Custody  [ X ] Not in Custody

**Deputy Clerk:** Jean Davis                    **Reported by:** Ana Dub
**Interpreter:** n/a                            **Probation Officer:** n/a

**PROCEEDINGS**

Parties appear for status conference.  The matter has been pending for some time, and the government is anxious to have a trial schedule set if the case is not going to resolve. Defense contends that they need additional time to consider the government's offers and that the matter is highly complex and will require additional motion practice.

The Court specially sets a trial setting hearing to be conducted via Zoom Webinar on April 24, 2026, at 9:00 a.m. At that conference counsel should be prepared to suggest a schedule for completion of any remaining discovery, motion practice, and trial.  They should confer in advance to try to reach agreement on the schedule.

**CASE CONTINUED TO:  April 24, 2026 at 9:00 a.m. for Trial Setting Hearing**

**EXCLUDABLE DELAY:**
Category      Effective preparation
Begins        April 16, 2026
Ends          April 24, 2026