CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Lloyd.farnham @ usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-00378 WHO |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| SANTOS RENE SOTO, and SANTOS MOISES SOTO, III, | |
| Defendants. | |

The United States, through undersigned counsel, and defendants Santos Rene Soto and Santos Moises Soto III, through undersigned counsel, stipulate as follows:

On April 16, 2026, the parties appeared for a status conference, and at that conference the Court continued the matter until April 24, 2026, to allow the parties to review case materials, confer regarding the case and trial schedule, and otherwise prepare for further proceedings. The parties agree that an exclusion of time under the Speedy Trial Act is appropriate, to allow the government and the defense time to review case materials and confer regarding a further case schedule.

The parties agree that this continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence, and for continuity of counsel given the availability of counsel for the defense.

STIPULATION TO EXCLUDE TIME UNDER STA    1
22-CR-00378 WHO

IT IS SO STIPULATED.

DATED: April 20, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
LLOYD FARNHAM
Assistant United States Attorney

/s/
EDWIN PRATHER
Attorney for Defendant Santos Rene Soto

/s/
DANIEL BLANK
Attorney for Defendant Santos Moises Soto III

**[PROPOSED] ORDER**

The Court finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible or result in a miscarriage of justice; and (iii) failure to grant the continuance would deny defense and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The time from April 16, 2026 through and including April 24, 2026 is excluded in computing the time under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

IT IS SO ORDERED.

DATED:

HON. WILLIAM H. ORRICK
United States District Judge

STIPULATION TO EXCLUDE TIME UNDER STA      2
22-CR-00378 WHO