UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


**CRIMINAL MINUTES**

**Date:** April 24, 2026          **Time:** 4 nminutes          **Judge:** WILLIAM H. ORRICK
                                                    8:59 a.m. to 9:03 a.m.


**Case No.:** 22-cr-00378-WHO-1    **Case Name:** UNITED STATES v. Soto


**Attorney for Plaintiff:**    Lloyd Farnham
**Attorneys for Defendants:**  Edwin Prather for **Santos Rene Soto**
                               Daniel Blank for **Santos Moises Soto**
**Defendant:** [ X ] Present  (by video)  [  ] Not Present
**Defendant's Custodial Status:** [  ] In Custody  [ X ] Not in Custody


**Deputy Clerk:** Jean Davis                **Reported by:** Ana Dub
**Interpreter:** n/a                        **Probation Officer:** n/a


**PROCEEDINGS**

Trial setting hearing conducted via videoconference.

Mr. Prather announces that has agreed to a plea and Mr. Blank indicates that a post-plea diversion agreement is in the final stages of completion. Mr. Farnham confirms the plans for resolution.

Change of Plea Hearing for both defendants set for **June 4, 2026 at 1:30 p.m.**


**EXCLUDABLE DELAY:**
Category    Effective preparation of counsel
Begins      April 24, 2026
Ends        June 4, 2026