UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** June 4, 2026          **Time:** 6 minutes          **Judge:** WILLIAM H. ORRICK
1:58 p.m. to 2:04 p.m.

**Case No.:** 22-cr-00378-WHO          **Case Name:** UNITED STATES v. Soto

**Attorney for Plaintiff:**       Lloyd A. Farnham
**Attorney for Defendant:**    Edwin K. Prather for **Santos Rene Soto** (not present)
                               Daniel Blank for **Santos Moises Soto, III** (present)
**Defendants' Custodial Status:** [  ] In Custody  [ X ] Not in Custody

**Deputy Clerk:** Jean Davis                     **Reported by:** Ruth Levine Ekhaus
**Interpreter:** n/a                              **Probation Officer:** n/a

### PROCEEDINGS

Parties appear for scheduled change of plea hearing. Mr. Santos Rene Soto has been hospitalized for a serious medical concern, and it is unclear when his condition will stabilize. Counsel agree that the matter should be briefly continued with time excluded to allow for a better understanding of Mr. Soto's condition.

**CASE CONTINUED TO:**   June 18, 2026 at 1:30 p.m. for Change of Plea Hearing or Status Conference

**EXCLUDABLE DELAY:**
Category      Unavailability of Defendant
Begins        June 4, 2026
Ends          June 18, 2026