CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Lloyd.farnham @ usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-00378 WHO |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| SANTOS RENE SOTO, and SANTOS MOISES SOTO, III, | |
| Defendants. | |

The United States, through undersigned counsel, and defendants Santos Rene Soto and Santos Moises Soto III, through undersigned counsel, stipulate as follows:

On June 4, 2026, the parties were scheduled to appear for a change of plea hearing. Defendant Santos Rene Soto had a medical issue and was admitted to the hospital the day of the hearing. Because the defendant was unable to appear in court, the Court continued the hearing as to both defendants to June 18, 2026. The parties agree that an exclusion of time under the Speedy Trial Act is appropriate based on Santos Soto's unavailability, and based on the fact that he was physically unable to appear in court or otherwise physically attend a trial in this matter.

For these reasons, the parties agree that the time until June 18, 2026 should be excluded from the calculation under the Speedy Trial Act under 18 U.S.C. § 3161(h)(3) and (4).

STIPULATION TO EXCLUDE TIME UNDER STA    1
22-CR-00378 WHO

IT IS SO STIPULATED.

DATED: June 5, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

_____/s/_____
LLOYD FARNHAM
Assistant United States Attorney

_____/s/_____
EDWIN PRATHER
Attorney for Defendant Santos Rene Soto

_____/s/_____
DANIEL BLANK
Attorney for Defendant Santos Moises Soto III

**[PROPOSED] ORDER**

The Court finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) based on the medical issues that caused a defendant to not be able to appear at the June 4, 2026 hearing, the defendant is unavailable and physically not able to appear for hearings or trial. For these reasons, the time from June 4, 2026 through and including June 18, 2026 is excluded in computing the time under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(3), (h)(4), (h)(7).

IT IS SO ORDERED.

DATED:

_____
HON. WILLIAM H. ORRICK
United States District Judge

STIPULATION TO EXCLUDE TIME UNDER STA        2
22-CR-00378 WHO