EDWIN PRATHER, CABN 190536
PRATHER LAW OFFICES
245 Fifth Street, Suite 103
San Francisco, CA 94103
Telephone: (415) 881-7774
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
SANTOS RENE SOTO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANTOS RENE SOTO and SANTOS MOISES SOTO, III,<br><br>Defendants. | Case No.:  CR 22-0378 WHO<br><br>**STIPULATION AND ORDER RE JUNE 18, 2026 STATUS CONFERENCE** |

This matter is currently set for a change-of-plea hearing on Thursday, June 18, 2026.  Mr. Soto is still recovering from a significant health episode and is unable to come into Court.  As such, the parties request and jointly stipulate that the June 18, 2026 hearing be continued to July 9, 2026, at 1:30 p.m.

The parties agree that it is appropriate to exclude time under the Speedy Trial Act for the unavailability of Mr. Soto based on his inability to come into Court.  The parties request and stipulate that time should be excluded through July 9, 2026, for the unavailability of the defendant under 18 U.S.C. § 3161(h)(3) and (4).

IT IS SO ORDERED.

Dated: June 16, 2026

THE HONORABLE WILLIAM H. ORRICK
U.S. SENIOR DISTRICT COURT JUDGE

Agreed to form:

CRAIG MISSAKIAN
U.S. ATTORNEY FOR THE NORTHERN
DISTRICT OF CALIFORNIA


_____/S/_____
LLOYD FARNHAM
Assistant United States Attorney


_____/S/_____
DANIEL BLANK
Assistant Federal Public Defender
Counsel for SANTOS MOISES SOTO, III


_____/S/_____
EDWIN PRATHER
PRATHER LAW OFFICES
Counsel for SANTOS RENE SOTO