UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** July 16, 2026     **Time:** 9 minutes     **Judge:** WILLIAM H. ORRICK
1:41 p.m. to 1:50 p.m.

**Case No.:** 22-cr-00378-WHO-1     **Case Name:** UNITED STATES v. Santos Rene Soto

**Attorney for Plaintiff:** Lloyd Farnham
**Attorney for Defendant:** Edwin Prather
**Defendant:** [ ] Present   [ X ] Not Present
**Defendant's Custodial Status:** [  ] In Custody  [ X ] Not in Custody

**Deputy Clerk:** Jean Davis        **Reported by:** Layli Phillips
**Interpreter:** n/a        **Probation Officer:** n/a

### PROCEEDINGS

Parties appear for status conference. Mr. Prather provides information regarding the medical condition which prohibits Mr. Soto from appearing in Court. Mr. Soto remains committed to the negotiated resolution that has been reached with the government. His medical condition is serious and likely degenerative. It is unclear when Mr. Soto's condition will be improved to the degree that he is capable of entering a plea.

The government is amenable to a delay in proceedings and a possible video appearance to accommodate Mr. Soto's health condition. The Court is agreeable to that arrangement and willing to set the matter on the regular calendar or by special setting as an accommodation to Mr. Soto's health needs. Counsel are welcome to contact the courtroom deputy to make adjustments and special arrangements to the hearing date.

The parties will discuss continuing the co-defendant's appearance from August 6, 2026 to August 20, 2026 with Mr. Blank.

**CASE CONTINUED TO:   August 20, 2026 at 1:30 p.m. for Change of Plea hearing**.