CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Lloyd.farnham @ usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANTOS RENE SOTO, and<br>SANTOS MOISES SOTO, III,<br><br>Defendants. | Case No. 22-CR-00378 WHO<br><br>STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

The United States, through undersigned counsel, and defendants Santos Rene Soto and Santos Moises Soto III, through undersigned counsel, stipulate as follows:

On July 16, 2026, the parties appeared for a scheduled change of plea hearing. Defendant Santos Rene Soto has an ongoing serious medical issue and was unable to appear. Because the defendant was unable to appear in court, the Court continued the hearing as to both defendants to August 20, 2026. That hearing date has since been continued, due to Santos Soto's continued medical issues that make him unable to appear in court, to October 1, 2026. The parties agree that an exclusion of time under the Speedy Trial Act is appropriate based on Santos Soto's unavailability, and based on the fact that he was physically unable to appear in court or otherwise physically attend a trial in this matter.

For these reasons, the parties agree that the time until October 1, 2026 should be excluded from

the calculation under the Speedy Trial Act under 18 U.S.C. § 3161(h)(3) and (4).

IT IS SO STIPULATED.

DATED: September 1, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
LLOYD FARNHAM
Assistant United States Attorney

/s/
EDWIN PRATHER
Attorney for Defendant Santos Rene Soto

/s/
DANIEL BLANK
Attorney for Defendant Santos Moises Soto III

**[PROPOSED] ORDER**

The Court finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) based on the medical issues that caused a defendant to not be able to appear at the July 16, 2026 hearing, the defendant is unavailable and physically not able to appear for hearings or trial. For these reasons, the time from July 16, 2026 through and including October 1, 2026 is excluded in computing the time under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(3), (h)(4), (h)(7).

IT IS SO ORDERED.

DATED:

HON. WILLIAM H. ORRICK
United States District Judge